UNITED STATES of America, Plaintiff–Appellee,

v.

William Arthur BROWN, Defendant–Appellant.

No. 01–8080.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

William Arthur Brown, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Arthur Brown seeks to appeal the district court's order denying his motions to amend and to reconsider the denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brown*, Nos. CR–92–270–MU; CA–00–197–3–1–MU (W.D.N.C. filed Oct. 31, 2001; entered Nov. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*